# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 17-2467

Christina Late, et al v. USA

(Originating Case No. 1-13-cv-00756)

## O R D E R

In accordance with the motion by the appellant in the above-captioned case, the matter is hereby dismissed pursuant to Fed. R. App. P. 42(b), without cost to either party. A certified copy of this order is issued in lieu of a formal mandate.

For the Court,


s/ Patricia S. Dodszuweit
 Clerk

Date: February 1, 2018

kr/cc: Charles L. Becker, Esq.
       Michael J. Butler, Esq.
       Ruxandra M. Laidacker, Esq.
       Dana J. Martin, Esq.
       Regan S. Safier, Esq.
       Sushma Soni, Esq.

**A True Copy:**

Patricia S. Dodszuweit, Clerk
Certified Order Issued in Lieu of Mandate