```
Court Name: District Court
Division: 3
Receipt Number: 333859903
Cashier ID: epetrosk
Transaction Date: 03/29/2018
Payer Name: DEPT OF TREASURY
-------------------------------------
TREASURY REGISTRY
 For: DEPT OF TREASURY
 Case/Party: D-PAM-1-13-CV-000756-001
 Amount:         $32,984,383.50
-------------------------------------
Paper Check Conversion
 Check/Money Order Num: 82801738
 Amt Tendered:   $32,984,383.50
-------------------------------------
Total Due:      $32,984,383.50
Total Tendered: $32,984,383.50
Change Amt:     $0.00
```

Only when bank clears the check or verifies credit of funds is the fee or debit officially paid or discharged. A $53.00 fee will be charged for returned checks.