IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHRISTINA LATE AND NATHAN ARMOLT AS PARENTS AND NATURAL GUARDIANS OF D.A, A MINOR AND IN THEIR OWN RIGHT<br>Plaintiffs<br><br>v.<br><br>UNITED STATES OF AMERICA,<br>Defendant. | Civil Action No. 1:CV-13-00756<br><br>(Hon. Sylvia H. Rambo) |

## ORDER

AND NOW, this __3rd__ day of __May__, 2022, the Clerk of the Court is hereby Ordered to disburse One Hundred Twenty-Three Thousand Five Hundred and Eighteen Dollars ($123,518), from the principal amount that has been deposited with the Clerk, representing the annual installment due for 2022 under this Court's Amended Judgment dated November 1, 2017, paragraphs 5, 10, and 11. The Clerk shall disburse such sum to the said D.A. Irrevocable Trust and mail the check to the Trustee, Raymond James Trust, N.A., at:

> Julie Lyman
> Trust Officer
> Raymond James Trust, N.A.
> 880 Carillon Parkway
> St. Petersburg, Florida 33716

FILED
HARRISBURG, PA

MAY 04 2022

PER _____
DEPUTY CLERK

_____
                        J.